**Order entered March 3, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00187-CR

## SALOMON GARCIA, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 194th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F09-13312-M

## ORDER

Salomon Garcia timely filed a pro se notice of appeal. *See* TEX. R. APP. P. 25.2(a)(1).

We **ORDER** the trial court to conduct a hearing to determine whether appellant is entitled to court-appointed counsel in this appeal. If the trial court finds that appellant is entitled to court-appointed counsel, we **ORDER** the trial court to appoint an attorney to represent appellant in the appeal. If the trial court finds that appellant is not entitled to court-appointed counsel, the trial court shall determine

whether appellant will retain counsel to represent him in the appeal and, if so, the name, State Bar number, and contact information for retained counsel.

We **ORDER** the trial court to transmit a record of the hearing, including findings of fact, any orders, and any supporting documentation, to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Felicia Pitre, Dallas County District Clerk; Belinda Baraka, official court reporter, 194th Judicial District Court; Christina O'Neil, Senior Staff Attorney Criminal District Courts, and the Dallas County District Attorney's Office.

We **ABATE** the appeal to allow the trial court to comply with the order. The appeal will be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/ CORY L. CARLYLE
   JUSTICE